# Law Offices of
# Raymond Elvis Gazer
## 172 East 161st Street
## Bronx, New York 10451
## (917)848-0527·REGazer@gmail.com

Raymond Elvis Gazer, Esq.

---

**<u>Via Electronic Court Filing</u>**
Honorable Denise L. Cote
District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*Granted.*
*Denise Cote*
*11/5/25*

November 4th, 2025

    Re: United States of America versus Peter Rodriguez
       25-Cr.-00484(DLC)

Your Honor,

  I write to respectfully request permission to have one of codefendants' counsel stand in and appear on my behalf to represent my client, Peter Rodriguez, at tomorrow's conference. Unfortunately, I am on trial in state Supreme Court in Bronx County and, thus, cannot attend.

  Both Jill Shellow and Lisa Scolari have graciously agreed to do so. I was unable to get Mr. Rodriguez's advance permission for stand-in counsel to appear, but I do not foresee any issue with his consenting.

            Respectfully submitted,

            *Raymond Elvis Gazer*
            Raymond Elvis Gazer, Esq.

CC:  The Government and all counsel
    *Under Seal Via E-mail*