UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | S1 25cr484-16(DLC) |
| -v- | : | ORDER |
| PETER RODRIGUEZ, | : | |
| Defendant. | : | |

DENISE COTE, District Judge:

As set forth on the record at the conference held on July 16, 2026, it is hereby

ORDERED that CJA counsel Raymond Gazer is relieved as counsel in this matter and C.J.A. counsel Daniel McGuinness is appointed to represent the defendant <u>nunc pro tunc</u> to July 15, 2026.

Dated: New York, New York
July 16, 2026

DENISE COTE
United States District Judge