LAW OFFICES OF

# DANIEL A. MCGUINNESS, P.C.

353 LEXINGTON AVE., SUITE 900, NEW YORK, NY 10016
TEL: (646) 360-0436 · FAX (888) 679-0585 · DAN@LEGALMCG.COM

November 6, 2026

**VIA ECF**

Hon. Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Re: *United States v. Peter Rodriguez*, 25-cr-484(DLC)

Dear Judge Cote,

I represent Mr. Rodriguez in the above-captioned matter. I write to respectfully request a 45-day adjournment of sentencing. Mr. Rodriguez's sentencing is presently scheduled for November 20, 2026 at 11:00am. This is the first request for an adjournment of sentencing. The government opposes a 45-day adjournment, but consents to a shorter adjournment of three weeks.

The defense seeks this adjournment to obtain additional documents related to prior convictions and health issues that were raised in the pre-sentencing report. An adjournment of 45 days permits sufficient time for the defense to obtain these records and incorporate them into its sentencing submission.

I thank the Court in advance for its attention to this matter.

Denied for failure to make a more specific showing of need and diligence.
Denise Cote
11/9/26

Sincerely,

Daniel McGuinness